IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTWON D. JENKINS,

Plaintiff,

v.

RANDY COBB,

Defendant.

Case No. 19-937 JPG

**JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: February 22, 2022**          **MARGARET M. ROBERTIE, Clerk of Court**

                                       *s/Tina Gray,*
                                        Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**